# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE: Elizabeth Cowan Wright |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: 22-mj-943 ECW |
| ) | Date: November 17, 2022 |
| Carson Thomas McCoy, ) | Courthouse: Minneapolis |
| ) | Courtroom: 9W |
| Defendant. ) | Time Commenced: 10:01 a.m. |
| | Time Concluded: 10:04 a.m. |
| | Time in Court: 3 minutes |

X **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 1 minute/2 minutes

APPEARANCES:

  Plaintiff: Mary Riverso and Jordan Sing, Assistant U.S. Attorney
  Defendant: Matthew Deates,
              X FPD

On     X Complaint

X Deft Ordered Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota


Additional Information:
Defendant waived the preliminary hearing and detention hearing.

                                                              _____s/SAK
                                                       Signature of Courtroom Deputy